UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00196-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ESLI OBETH RASCON-ESPARZA,

    Defendant.

**ORDER**

    This matter is before the Court upon a review of the file.  It is hereby

    ORDERED that a 2-day jury trial is set for **Monday, July 13, 2009, at 9:00 a.m. in courtroom A-1002.**  It is

    FURTHER ORDERED that the parties shall contact Chambers as soon as possible if it becomes necessary to schedule a hearing on pending motions and/or a final trial preparation conference.

    Dated:  May 12, 2009

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge