UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00196-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. ESLI OBETH RASCON-ESPARZA,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 A Notice of Disposition was filed in the above matter on **May 19, 2009**.  The 2-day jury trial set for **Monday, July 13, 2009, at 9:00 a.m.** is **VACATED**.  A Change of Plea hearing is set for **Thursday, August 13, 2009, at 4:00 p.m.**

 **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

 Dated:  May 19, 2009